IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TERESA BROWN AND MARK BROWN, INDIVIDUALLY AND A/N/F OF CAMERON BROWN, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. G-03-219 |
| CLEAR CREEK INDEPENDENT SCHOOL DISTRICT, et al. | § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

As set forth in the Order Granting Defendants' Rule 12(b)(6) Motion to Dismiss, issued this day, Defendants' Rule 12(b)(6) Motion to Dismiss is hereby **GRANTED**. Any and all claims herein asserted are hereby **DISMISSED WITH PREJUDICE**. All Parties are to bear their own costs, attorney's fees, and expenses incurred herein to date. **THIS IS A FINAL JUDGMENT**.

**IT IS SO ORDERED**.

**DONE** this 3rd day of October 2003, at Galveston, Texas.

SAMUEL B. KENT
UNITED STATES DISTRICT JUDGE